# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD RUMSEY, | No. 4:18-CV-01605 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GUTHRIE MEDICAL GROUP, P.C., by and through its officers, agents and/or employees, and ROBERT PACKER HOSPITAL, by and through its officers, agents and/or employees, | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of September 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Discovery (ECF No. 42) with respect to Request Nos. 6 and 9 is **DENIED**;

2. Plaintiff's Motion to Compel Discovery with respect to Request No. 20 is **GRANTED** for responsive documents within the time frame from May 1, 2015 to May 1, 2017;

3. Plaintiff's Motion to Compel Discovery with respect to the deposition of Andrew Klee is **DENIED**;

4. Defendants shall produce documents responsive to Request No. 20 within ten (10) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge